

| | | | |
|---|---|---|---|
| Com. v. White ...................... | 1927 WDA 2015 Affirmed | 08/19/2016 | CP–02–CR–0003913– 1995 (Allegheny) |
| A.C.F. (B.) v. J.P.B.................... | 154 WDA 2016 Affirmed | 08/19/2016 | No. 2008–3945 (Cambria) |
| Com. v. Williams..................... | 195 WDA 2016 Affirmed | 08/19/2016 | CP–02–CR–0009320– 2006 (Allegheny) |
| Com. v. Sikora....................... | 1532 EDA 2015 Reversed and Appellant Discharged | 08/22/2016 | CP–15–CR–0003780– 2014 (Chester) |
| Sule v. Echenberg.................... | 3035 EDA 2015 Affirmed | 08/22/2016 | 2014–C–3549 (Lehigh) |
| Com. v. Lawrence.................... | 889 MDA 2015 Affirmed | 08/22/2016 | CP–36–CR–0003170– 2012 (Lancaster) |
| Com. v. Weathers .................... | 940 MDA 2015 Affirmed | 08/22/2016 | CP–22–CR–0005545– 2013 (Dauphin) |
| Com. v. Silva ........................ | 2273 MDA 2015 Vacated and Remanded | 08/22/2016 | CP–22–CR–0003369– 2007 (Dauphin) |
| Com. v. Lynch ....................... | 98 MDA 2016 Affirmed | 08/22/2016 | CP–36–CR–0003224– 2010 CP–36–CR–0005345– 2009 CP–36–CR–0005350– 2009 (Lancaster) |
| Com. v. Poseno ...................... | 266 MDA 2016 Affirmed | 08/22/2016 | CP–01–SA–0000089– 2015 (Adams) |
| In the Interest of A.T.; Appeal of J.T..... | 638 MDA 2016 Affirmed | 08/22/2016 | 28 of 2015 (Mifflin) |
| In the Interest of E.T.; Appeal of J.T..... | 639 MDA 2016 Affirmed | 08/22/2016 | 29 of 2015 (Mifflin) |
| In re Estate of Frano; Appeal of Gaczkowski ........................... | 555 WDA 2015 Affirmed, Vacated and Remanded | 08/22/2016 | No. 95–284 O.C. (Clearfield) |
| Rellick v. Rellick–Smith .............. | 884 WDA 2015 Affirmed | 08/22/2016 | No. 11283 CD 2014 (Indiana) |
| Com. v. Graves ...................... | 1307 WDA 2015 Affirmed | 08/22/2016 | CP–02–CR–0018626– 2005 (Allegheny) |
| In re T.S.; Appeal of Commonwealth[23].. | 1537 WDA 2015 Affirmed | 08/22/2016 | CP–33–JV–30–2015 (Jefferson) |

**23.** Petition for reargument denied October 26, 2016.